# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DERRICK L. DUNBAR,**                                             **PETITIONER**
**ADC#78977**

**v.**                     **Case No. 5:14-cv-00246 KGB-JTR**

**WENDY KELLEY, Director,**                                 **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that plaintiff Derrick L. Dunbar's petition for a writ of *habeas corpus* be dismissed with prejudice. The relief requested is denied. The Court denies issuance of a certificate of appealability.

It is so adjudged this the 4th day of August, 2017.

_____
Kristine G. Baker
United States District Judge